JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD LEWIS ELDRIDGE, | ) | Case No. EDCV 08-0384-AG (MLG) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| P.L. VASQUES, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: October 8, 2008

_____
Andrew J. Guilford
United States District Judge